SKC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Merced Barron-Ojeda, | No.   CV-26-04086-PHX-KML-ASB |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.

Petitioner entered the United States in 1995 and has continually resided in the United States for more than 30 years.  In December 2025, Petitioner was taken into custody by Immigration and Customs Enforcement (ICE) and has remained in custody since that time despite not posing a flight risk or danger to society.  Petitioner has a pending Application for Family Member of T-1 Recipient.

Petitioner alleges his prolonged detention violates his Fifth Amendment rights and is arbitrary, unreasonable, and no longer reasonably related to a legitimate governmental purpose.  He seeks release from custody.

The Court will require Respondents to answer the Petition.  Respondents must respond to the Petition articulating the statutory authorization for Petitioner's detention; whether he was previously released on parole and, if so, the basis for his re-detention and whether he was provided a pre-deprivation hearing; and the status of Petitioner's

immigration proceedings. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals signed under penalty of perjury with personal knowledge of the factual statements made therein.

**Warnings**

### A.    Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B.    Copies

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order on the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(2)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(3)     Respondents must answer the Petition within **7 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.  Petitioner may file a reply within **7 days** from the date of service of the answer.

Dated this 12th day of June, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**